**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Hoyt Douglas MCMULLEN,
Defendant/Appellant.**

**No. ED103654**

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

Filed: December 20, 2016

Motion for Rehearing and/or Transfer
to Supreme Court Denied
January 30, 2017

Application for Transfer Denied
May 30, 2017

Nathan J. Aquino, Jefferson City, MO, for Plaintiff/Respondent.

William J. Swift Columbia, MO, for Defendant/Appellant.

Before Sherri B. Sullivan, P.J., Roy L. Richter, J., and Colleen Dolan, J.

## ORDER

PER CURIAM.

Hoyt Douglas McMullen appeals from the trial court's judgment entered upon a jury verdict convicting him of attempt to manufacture a controlled substance. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court committed no error. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We

affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b).